IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  
Robert E. Taylor, Jr.  
Jaime L. Taylor  
Debtor(s)  
_____/

CASE NO.: 8:12-bk-12227-CED  
Chapter 13

**MOTION TO APPROVE PAYOFF AND EARLY TERMINATION OF CHAPTER 13 PLAN AND REQUEST FOR ADDITIONAL PRESUMPTIVELY REASONABLE FEE**

COME NOW, Robert E. Taylor, Jr. and Jaime L. Taylor ("Debtors"), by and through the undersigned counsel, and file this Motion to Approve Payoff and Early Termination of Chapter 13 Plan and Request for Additional Presumptively Reasonable Fee and in support thereof says as follows:

1. Debtors filed the instant Chapter 13 Bankruptcy on August 09, 2012.

2. Debtors' Chapter 13 Plan payments are $262.00 monthly and they have approximately twenty (20) months remaining.

3. Debtors have filed this Motion for the purpose of obtaining this Court's approval to pay the total amount necessary to complete the Debtors' Chapter 13 Plan and pay the allowed claims in accordance with the Order Confirming Plan entered by this Court on May 14, 2013 ("Order"). Debtors will be using monies from the Joint Debtor's 401k to pay this Chapter 13 Plan off.

4. The unsecured creditors are advised that the granting of this motion will deprive them of a potential higher dividend in the event that the Debtors have an increase in disposable income over the original sixty (60) month term of the confirmed plan.

5. The Joint Debtor has lost her job since the confirmation of their case. The Debtors have provided the Trustee with paystubs and 2014 tax return but will also supply a Draft B-22 in addition.

6. Payoff of the Debtors' Chapter 13 Plan is in the best interest of the Debtors, the creditors and this Bankruptcy Estate.

Wherefore, Debtors respectfully request this Court to enter an order granting this Motion, approving early payoff of the Debtors' Chapter 13 Plan, awarding the undersigned an additional fee of $350.00 ($450.00 if a hearing is held on this Motion) and granting such other and further relief as this Court deems just and proper.

/s/ Alan Borden Esq.
Alan Borden, Esq.
Debt Relief Legal Group, LLC
901 W. Hillsborough Ave.
Tampa, FL 33703
Ph. 813-231-2088
Fx: 813-354-2627
aborden@lawborden.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion has been furnished electronically or via U.S. Mail to Kelly Remick, Chapter 13 Trustee, P.O. Box 6099, Sun City Center, FL 33571; Assistant U.S. Trustee, 501 E. Polk Street #1200, Tampa, FL 33602; Robert & Jamie Taylor, Jr. 415 47th St. W., Palmetto, FL 34221; and **to all parties on the attached mailing matrix** this 17th day of December, 2015.

/s/ Alan Borden Esq.
Alan Borden, Esq.
Debt Relief Legal Group, LLC
901 W. Hillsborough Ave.
Tampa, FL 33703
Ph. 813-231-2088
Fx: 813-354-2627
aborden@lawborden.com

```
Label Matrix for local noticing          BMO Harris Bank, National Association, Succe    Caryl E. Delano
113A-8                                   Elizabeth R. Wellborn, P.A.                     Tampa
Case 8:12-bk-12227-CED                   c/o Christopher P. Salamone
Middle District of Florida               350 Jim Moran Blvd., Suite 100
Tampa                                    Deerfield Beach, FL 33442-1721
Thu Dec 17 08:47:08 EST 2015

Marjorie Perman                          Susan Profant                                   SELECT PORTFOLIO SERVICING, INC, as servic
7107 Hawks Harbor Circle                 Ken Burton, Jr                                  3815 South West Temple
Bradenton, FL 34207-5863                 Manatee County Tax Collector                    Salt Lake City, UT 84115-4412
                                         4333 US 301 North
                                         Ellenton, FL 34222-2413

Jaime L. Taylor                          Robert E. Taylor Jr.                            BACK BOWL I LLC, SERIES C
415 47th St W                            415 47th St W                                   C O Weinstein And Riley, PS
Palmetto, FL 34221-8766                  Palmetto, FL 34221-8766                         2001 Western Avenue, Ste 400
                                                                                         Seattle, Wa 98121-3132

BMO Harris Bank NA                       Capital One                                     Capital One Bank (USA), N.A.
Attn: Retail Collections   BRK-180-RC    PO Box 71083                                    PO Box 71083
770 N. Water Street                      Charlotte, NC 28272-1083                        Charlotte, NC  28272-1083
Milwaukee, WI 53202-3593

(p)CITIBANK                              DLJ Mortgage Capital, Inc.                      Department of Revenue
PO BOX 790034                            Serviced by Select Portfolio Servicing,         PO Box 6668
ST LOUIS MO 63179-0034                   3815 South West Temple                          Tallahassee, FL 32314-6668
                                         Salt Lake City, UT 84115-4412

Discover                                 Discover Bank                                   GE Money Bank
PO Box 71084                             DB Servicing Corporation                        PO Box 960061
Charlotte, NC 28272-1084                 PO Box 3025                                     Orlando, FL 32896-0061
                                         New Albany, OH  43054-3025

Internal Revenue Service                 KEYSTONE RECOVERY PARTNERS LLC, SERIES A        LoanCare Servicing Center, Inc.
P.O. Box 7346                            C O Weinstein And Riley, PS                     c/o BMO Harris Bank, National Associatio
Philadelphia, PA 19101-7346              2001 Western Avenue, Ste 400                    3637 Sentara Way, Suite 303
                                         Seattle, Wa 98121-3132                          Virginia Beach, VA 23452-4262

Loancare                                 Pentagon FCU                                    Pentagon FCU
PO Box 8068                              P.O. Box 1432                                   PO Box 247080
Virginia Beach, VA 23450-8068            Alexandria, Va 22313-1432                       Omaha, NE 68124-7080

(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Sams Club/GEMB                                  Mariam Zaki +
PO BOX 41067                             PO Box 530942                                   Elizabeth R. Wellborn, P.A.
NORFOLK VA 23541-1067                    Atlanta, GA 30353-0942                          350 Jim Moran Blvd, Suite 100
                                                                                         Deerfield Beach, FL 33442-1721

Alan D Borden +                          Kelly Remick +                                  Note: Entries with a '+' at the end of the
Debt Relief Legal Group, LLC             Chapter 13 Standing Trustee                     name have an email address on file in CMEC
901 W. Hillsborough Avenue               Post Office Box 6099
Tampa, FL 33603-1309                     Sun City, FL 33571-6099
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Citi Card<br>PO Box 182564<br>Columbus, OH 43218 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients     0<br>Total                  29 |
|---|---|---|